```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

**John Farrelly**,
    Plaintiff

    **v.**                              Case No. 10-cv-583-PB

**City of Concord, N.H.;**
**Eric J. Pichler; and**
**Walter Carroll,**
    Defendants


### O R D E R

Plaintiff John Farrelly moves to seal his complaint, and all docket entries in this case, at Level I, as defined in Local Rule 83.11(b)(1).  Those materials will remain under seal, provisionally, until the court rules on Farrelly's motion.  See LR 83.11(c).

To facilitate the court's ruling, the plaintiff is hereby directed to file a memorandum of law in support of his motion within fourteen days after the last defendant has answered or otherwise pled.  The defendants, in turn, shall have fourteen (14) days, from the date the plaintiff's memorandum is served, to respond.  See LR 7.1(b).  The plaintiff is further directed to serve a copy of this order on all of the defendants.

**SO ORDERED.**

/s/Landya B. McCafferty
Landya B. McCafferty,
United States Magistrate Judge

December 28, 2010

cc: H. Jonathan Meyer, Esq.