UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>John Farrelly</u>

    v.                            Civil No. 10-cv-583-LM

<u>City of Concord, et al.</u>

<u>O R D E R</u>

On today's date, a telephone conference was held in this case to set deadlines and page limits with respect to motions to reconsider the court's recent summary judgment order. Attorney H. Jonathan Meyer appeared for plaintiff, and Attorneys Charles P. Bauer and Erik Graham Moskowitz appeared for defendants. Counsel concurred with respect to each of following:

- Motions to reconsider shall be limited to 20 pages and due on or before October 30, 2012.
- Objections shall be limited to 10 pages and due on or before November 16, 2012.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Dated:  October 2, 2012

cc:  Charles P. Bauer, Esq.
     H. Jonathan Meyer, Esq.
     Erik Graham Moskowitz, Esq.